LINK:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-03286-GAF (PJWx) | Date | September 9, 2010 |
|---|---|---|---|
| Title | Federal Deposit Insurance Corporation et al v. Kirkland et al | | |

| Present: The Honorable | **GARY ALLEN FEESS, United States District Judge** | |
|---|---|---|
| Renee Fisher | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**     **(In Chambers)**

### ORDER TO SHOW CAUSE RE:  DISMISSAL FOR LACK OF PROSECUTION

   Plaintiffs are **ORDERED** to show cause why this case should not be dismissed, for lack of prosecution as to certain defendants.  Link v. Wabash R. Co., 370 U.S. 626 (1962) (court has inherent power to dismiss for lack of prosecution on its own motion).  In this matter:

- ☒   Defendants Royal Kirkland and Accurate Appraisal Services did not answer the complaint, yet **Plaintiffs have failed to request entry of default**, pursuant to Fed. R. Civ. P. 55(a).  Plaintiffs can satisfy this order by seeking entry of default or by dismissing the complaint as to these defendants.

Plaintiffs must respond to this order within 20 days.  **Failure to respond to this OSC will be deemed consent to the dismissal of the action.**

   IT IS SO ORDERED.